**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10374 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-01249-DGC |
| v. | |
| FRANCISCO JAVIER MANJARREZ-CARDENAS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Submitted November 13, 2012[**]

Before:    CANBY, TROTT, and W. FLETCHER, Circuit Judges.

Francisco Javier Manjarrez-Cardenas appeals from his guilty-plea conviction

and 60-month sentence for conspiracy to commit money laundering, in violation of

18 U.S.C. § 1956(a)(1)(A)(i), (h).  Pursuant to *Anders v. California*, 386 U.S. 738

_____

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(1967), Manjarrez-Cardenas's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Manjarrez-Cardenas the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**